# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES RUTHERFORD, an individual,<br><br>Plaintiff,<br><br>v.<br><br>SOON KOO CHANG and CHONG MIN CHANG, as individuals and as trustees of the CHANG FAMILY TRUST, dated March 30, 1999; and does 1-10, inclusive,<br><br>Defendants. | Case No. 19cv2350-JAH (NLS)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS** |

On March 20, 2020, Plaintiff, James Rutherford, and Defendants, Soon Koo Chang and Chong Min Chang, filed a joint motion to dismiss this case with prejudice.

IT IS HEREBY ORDERED that the joint motion is **GRANTED**. The case is **DISMISSED** with prejudice. Each party will bear its own costs and attorneys' fees in connection with this action.

**IT IS SO ORDERED.**

Dated: March 20, 2020

_____
Hon. John A. Houston
United States District Judge